**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Eric Leon Christian,

               Plaintiff,

    v.

United States of America,

               Defendant.

Case No. 2:24-cv-00842-CDS-BNW

**ORDER and
REPORT AND RECOMMENDATION**

On May 1, 2024, Plaintiff moved to proceed *in forma pauperis* but did not attach a complaint. ECF No. 1. A few days later, the Court ordered Plaintiff to file a complaint by June 3, 2024. ECF No. 3. Plaintiff has not done so. Instead, Plaintiff has filed numerous documents claiming various forms of relief. ECF No. 5 (Demand for Judgment); ECF No. 7 (Ex Parte Emergency Habeas Appeal); ECF No. 9 (Emergency Motion for Ex Parte Writ of Attachment Ruling); ECF No. 12 (Demand for Judgment). Accordingly, the Court recommends that ECF Nos. 5, 9, and 12 be dismissed as premature because the Court has not received a complaint from Plaintiff and, as a result, has not been able to screen it to see if he asserts a claim for relief. The Court also recommends that ECF No. 7 be denied because no allegations accompany the habeas appeal. To the extent that Plaintiff intends to assert a habeas claim, he must fill out the correct form.

    **IT IS RECOMMENDED** that ECF Nos. 5, 7, 9, and 12 be DENIED without prejudice.

    **IT IS ORDERED** that Plaintiff has 30 days to file a complaint.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall send Plaintiff a court-approved complaint form and habeas form.

**<u>NOTICE</u>**

    This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

1    served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

2    objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153,

3    1157 (9th Cir. 1991).

4

5          DATED: June 10, 2024

6                                                                                  _____

7                                                          BRENDA WEKSLER
                                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28